HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERT ERTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-mj-00115-HBK |
| Plaintiff, | STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; ORDER |
| vs. | |
| ROBERT ERTMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Robert Ertman, that the Court modify a condition of Mr. Ertman's pretrial release initially imposed on October 4, 2024. *See* Dkt. #4, #7. Specifically, the parties stipulate that Condition (7)(o) of Mr. Ertman's conditions of pretrial release be modified in accordance with the below.

Condition (7)(o) provides that Mr. Ertman: "[S]urrender [his] passport to the Clerk, United States District Court within five business days of your release from custody, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case." Mr. Ertman was released from the Fresno County Jail on October 8, 2024, and was

1  immediately and directly transported to WestCare to begin a 90-day residential treatment
2  program. Mr. Ertman is currently residing at the WestCare program in Fresno. Mr. Ertman's U.S.
3  passport is currently at his residence in Denver, Colorado, and he is unable to access it while
4  residing at WestCare.

5  In light of the above, the parties agree to modify Condition (7)(o) as follows: "surrender
6  your passport to the Pretrial Services Office in the District of Colorado within five business days
7  of your return to your district of residency, and you must not apply for or obtain a passport or
8  any other travel documents during the pendency of this case."

9  All other terms and conditions of Mr. Ertman's pretrial release, previously imposed, shall
10  remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: October 9, 2024      */s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 9, 2024      */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ROBERT ERTMAN

**O R D E R**

IT IS SO ORDERED. The above term and condition of Mr. Ertman's pretrial release, previously imposed on October 4, 2024, is hereby modified as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **October 10, 2024**           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE