MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000250-KES-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| ROBERT ERTMAN, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.    The defendant was arraigned on the indictment in this case on October 17, 2024. Dkt. 14. This case is set for a status conference on February 26, 2025. Dkt. 20.

2.    By this stipulation, defendant now moves to continue the status conference to April 9, 2025, and to exclude time between February 26, 2025, and April 9, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government provided discovery to the defense on October 23, 2024. The discovery consists of reports, bodycam footage, and photographs. The government continued to

investigate and provided supplemental discovery on November 27, 2024, and on January 14, 2025, based on additional interviews and evidence gathered.

b)      Government counsel and Defense counsel have conferred about resolution of this case and believe this case will need to be docketed for trial. However, the parties request the Court docket one more status conference prior to docketing the case for trial.

c)      During this time, the Government will provide the Defense with expert notice and the Defense will seek their own expert. The parties will then docket the trial with the availability of both experts.

d)      Finally, Defense counsel requires time to review the discovery in this case and conduct their own investigation.

e)      The defendant asks the Court to exclude time between February 26, 2025, and April 9, 2025, to account for time to conduct his own investigation, and determine if this case needs to be set for trial, and discuss the potential of resolving the case via plea, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2025 to April 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  February 20, 2025                          PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ ARIN C. HEINZ
                                                   ARIN C. HEINZ
                                                   Assistant United States Attorney



Dated:  February 20, 2025                          /s/ RICHARD A. BESHWATE, JR.
                                                   RICHARD A. BESHWATE, JR.
                                                   Counsel for Defendant
                                                   ROBERT ERTMAN

## ORDER

    IT IS SO ORDERED that the status conference is continued from February 26, 2025, to **April 9, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

    Dated:   **February 20, 2025**          /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE