RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ROBERT ERTMAN,<br><br>           Defendant. | Case No.  1:24-cr-00250-KES-BAM<br><br>STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant ROBERT ERTMAN and ARIN HEINZ, Assistant U.S. Attorney for Plaintiff agree to removing the location monitoring with curfew condition 7(r) and the condition requiring him to reside with his father/third-party custodian, Harold Ertman 7(m).  Instead, the condition should read:  You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

Dated:  March 19, 2025                                   Respectfully submitted,

                                                                          \s\ Richard A. Beshwate, Jr.
                                                                          RICHARD A. BESHWATE, JR.
                                                                          Attorney for Defendant,
                                                                          ROBERT ERTMAN

Dated: March 19, 2025   Respectfully submitted,

\s\Arin Heinz
Arin Heinz
Assistant U.S. Attorney

## **ORDER**

The Pretrial release condition 7(r) shall be modified removing the location monitoring with curfew condition and 7(m) shall be modified removing the condition requiring him to reside with his father/third-party custodian, Harold Ertman. and shall be modified to read:  You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

IT IS SO ORDERED.

Dated:   **March 21, 2025**                /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE