**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
1330 L STREET, SUITE D
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:24-CR-00250-KES-BAM |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PRESENCE; AND ORDER |
| ROBERT ERTMAN, | |
| Defendant | |

 Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Robert Ertman, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

WAIVER OF DEFENDANT'S PRESENCE; AND ORDER - 1

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: April 7, 2025                                        /s/ Robert Ertman
                                                            Robert Ertman

I agree with and consent to my client's waiver of appearance.

Dated: April 7, 2025                                        /s/Richard A. Beshwate, Jr.,
                                                            Richard A. Beshwate, Jr
                                                            Attorney for Robert Ertman

**ORDER**

IT IS SO ORDERED.

   Dated:   **April 7, 2025**                               /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE

WAIVER OF DEFENDANT'S PRESENCE; AND ORDER - 2