ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00250-KES-BAM |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ROBERT LEE ERTMAN, | |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Indictment against Robert Lee Ertman, without prejudice. Dkt. 13. The Government makes this motion in the interests of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, due to the unavailability of a material witness.

DATED: September 26, 2025                     Respectfully submitted,

                                              ERIC GRANT
                                              United States Attorney

                                       By:    /s/ *Arin C. Heinz*
                                              ARIN C. HEINZ
                                              Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Indictment in case: 1:24-CR-00250-KES-BAM against ROBERT LEE ERTMAN be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   September 29, 2025                    _____
UNITED STATES DISTRICT JUDGE