RICHARD BESHWATE, SBN  179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.  1:24-cr-00250-KES-BAM** |
| Plaintiff, | |
| v. | **ORDER RE MOTION FOR RETURN OF PASSPORT AND FOR EXONERATION AND RELEASE OF CASH BOND** |
| ROBERT ERTMAN, | |
| Defendant. | |

Defendant, by and through his attorney, Richard A. Beshwate, Jr., respectfully moves this Court for an order directing (1) the return of his passport previously surrendered to the Clerk of the Court, and (2) exoneration and release of the $5,000 cash bond posted by his father, Harold Ertman, in this matter.

## I. BACKGROUND

On or about October 4, 2024, the Court ordered the release of Defendant under certain conditions, including the surrender of his passport to the Clerk of the Court and the posting of a $5,000 cash bond by his father, Harold Ertman.

On September 29, 2025, this case was dismissed by the United States Attorney's Office. Accordingly, there is no longer any reason for the continued retention of the passport or the bond.

1

**II. REQUEST FOR RELIEF**

2     Defendant respectfully requests that this Court issue an order

3 directing the Clerk of the Court to:

4     1. Return the defendant's passport to him; and

5     2. Exonerate and release the $5,000 cash bond posted by Harold

6 Ertman, returning said funds to the depositor of record at the

7 following address:

8

9     Harold Ertman

10     2532 Caribe Drive

11     The Villages, Florida 32162

**DECLARATION OF RICHARD A. BESHWATE, JR.**

I, Richard A. Beshwate, Jr., declare as follows:

1. I am an attorney licensed to practice law before all courts of the State of California and in the United States District Court for the Eastern District of California.

2. I am counsel of record for the defendant in this case.

3. On or about [insert date bond posted], the Court ordered the defendant's release upon certain conditions, including the surrender of his passport and the posting of a $5,000 cash bond by his father, Harold Ertman.

4. On September 29, 2025, the case was dismissed. There are no pending proceedings or conditions that justify continued retention of either the passport or the bond.

5. I respectfully request that the Court order the Clerk to return the defendant's passport and to exonerate and release the $5,000 cash bond, mailing the funds to the depositor of record, Harold Ertman, at his current address listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:_____                    \s\Richard A. Beshwate,Jr.
                                   Richard A. Beshwate, Jr.
                                   Attorney for Defendant

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Clerk of the Court shall:

1. Return the defendant's passport previously surrendered in this case; and

2. Exonerate and release the $5,000 cash bond posted by Harold Ertman, returning said funds to the depositor at the address provided above.

IT IS SO ORDERED.

Dated:   October 14, 2025

_____
UNITED STATES DISTRICT JUDGE